IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT CORPORATION )<br>    A Delaware Corporation, )<br> )<br>       7900 Tysons One Place )<br>       McLean, VA 22102 )<br> )<br>    Plaintiff, )<br> ) C.A. No. _____<br>  v. )<br> )<br>FUTARIS, INC., )<br>    An Alaska Corporation )<br> )<br>    5430 Fairbanks Street )<br>    Suite 5 )<br>    Anchorage, Alaska 99518-3000 )<br> )<br>    Defendant. )<br> )<br>    SERVE: Registered Agent: )<br>       Calista Corporation )<br>       5015 Business Park Blvd )<br>       Suite 3000 )<br>       Anchorage, Alaska 99503 ) | |

## **COMPLAINT**

Plaintiff Intelsat Corporation, by counsel, files this Complaint against Defendant Futaris, Inc., formerly known as Alaska Telecom, Inc. ("Futaris"), and pleads as follows:

1. Plaintiff Intelsat Corporation ("Intelsat") is a Delaware corporation with its principal place of business in the Commonwealth of Virginia.

2. Defendant Futaris is an Alaska corporation with its principal place of business in the State of Alaska.

3. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332, as there is diversity of citizenship between the parties and the amount in controversy exceeds $75,000.

4. Jurisdiction and venue in this Court is proper, as defendant entered into its contract with plaintiff in the District of Columbia, and defendant has also irrevocably consented to the jurisdiction of this Court. Exhibit 1, ¶ 14.3.

5. On May 14, 2007, Intelsat and Futaris entered into a Master Service Agreement ("MSA"). A copy of the MSA is attached hereto as Exhibit 1. Under the terms of the MSA, Intelsat USA agreed to provide Futaris with certain satellite and telecommunications services, and Futaris agreed to pay Intelsat USA's charges and fees for such services as described in the Service Orders made part of the MSA, and agreed to pay all invoices issued by Intelsat for such services.

6. Intelsat and Futaris entered into a Service Order pursuant to the MSA on April 24, 2012, and an amendment to the Service Order on December 8, 2014, for the leasing of Intelsat's satellite services by Futaris. Plaintiff provided satellite and telecommunications services to defendant pursuant to the MSA and the Service Orders, and has performed all its obligations under the MSA and the Service Orders.

7. On December 19, 2016, Futaris provided notice Intelsat that it would be unable to pay for any services under the Contract effective as of January 1, 2017.

8. On January 1, 2017, Futaris failed to pay to Intelsat its due payment for services for the month of January 2017, in the amount of $104,220.

9. Under Section 7.1 of the MSA, Futaris's admission of its inability to pay its ongoing debt to Intelsat triggered Intelsat's right to terminate the MSA and/or any

Service Orders. Intelsat exercised its right of termination under the MSA, and terminated the Service Order. As a result of the termination of the Service Order, all remaining payments under the Service Order due from Futaris became immediately due and payable.

10. On January 13, 2017, Intelsat issued a Termination Invoice for all payments due under the Service Order, totaling $1,247,278.06. Pursuant to the provisions of the MSA, Intelsat has applied to Futaris's debt its collateral deposit in the amount of $104,220, resulting in an outstanding balance due from Futaris of $1,146,420.00.

11. Pursuant to the MSA and the Service Order, defendant Futaris owes plaintiff Intelsat the sum of $1,146,420.00, together with interest due thereafter, and the costs of collection. Despite Intelsat's demand for payment, Futaris has failed to make payments of its debt to Intelsat.

12. Under the terms of the MSA, defendant agreed to pay Intelsat's charges and invoices for Intelsat's services for the duration of any Service Order.

13. Defendant has breached the terms of the MSA and the Service Order between the parties by failing to pay the agreed charges for Intelsat's services under those agreements and by failing to pay Intelsat's invoices.

14. Intelsat has been damaged as a result of defendant's breaches.

15. Under the terms of the MSA, Intelsat is entitled to its cost of collection of the debt.

WHEREFORE plaintiff Intelsat Corporation demands judgment in its favor against defendant Futaris, Inc. in the amount of $1,146,420.00, together with interest, its costs herein, and its attorneys' fees, and such other relief as to the Court seems proper.

                                                      INTELSAT CORPORATION.
                                                      By Counsel

_____/s/  David I. Bledsoe_____

David I. Bledsoe
Bar No. 422596
600 Cameron Street
Suite 203
Alexandria, VA 22314
703-379-9424
703-684-1851 (fax)
bledsoelaw@earthlink.net

_____/s/  George E. Kostel----------------

George E. Kostel
Bar No. 1000015
Impresa Legal Group
3033 Wilson Boulevard
Suite 700
Arlington, VA 22201
Telephone: (703) 842-0660
Facsimile: (703) 684-1851
georgekostel@impresalegal.com